UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ARTHUR EUGENE GILLUM, JR.                CIVIL ACTION

VERSUS                                   NO: 12-1973

SHERIFF MARLIN N. GUSMAN, et al.         SECTION: R(4)

### ORDER AND REASONS

Before the Court is plaintiff Arthur Gillum, Jr.'s complaint[1] and amended complaint,[2] the Magistrate Judge's Report and Recommendation,[3] and Gillum's objections to the Report and Recommendation.[4] The Magistrate Judge recommends that Gillum's claims be dismissed with prejudice as frivolous and otherwise for failure to state a claim for which relief can be granted, pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e.[5] The Court, having reviewed *de novo* Gillum's complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and Gillum's objections to the Report and Recommendation, approves the Report and Recommendation and adopts it as its opinion, with the addition of the following discussion.

In his objections, Gillum does not challenge the precedent cited by the Magistrate Judge or raise any arguments disputing the Magistrate Judge's analysis. Instead, he simply reiterates

---

[1] R. Doc. 1.

[2] R. Doc. 8.

[3] R. Doc. 28.

[4] R. Doc. 29.

[5] R. Doc. 28 at 22-23.

allegations set forth in his complaint that he was subject to a dangerous and unsanitary prison environment, that he did not receive his medication, and that a prison official threw away his dental plate.[6] The Magistrate Judge adequately addressed each of these allegations, and the Court need not reiterate her analysis.[7] Further, Gillum makes no objection to the Magistrate Judge's dismissal of the Orleans Parish Prison, the Orleans Parish Prison Medical Department and Sheriff Gusman as defendants in this matter.[8]

　　Accordingly, IT IS ORDERED that the plaintiff's claims are DISMISSED WITH PREJUDICE.

　　New Orleans, Louisiana, this __10th__ day of March, 2014.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[6] R. Doc. 29 at 1-2.

[7] See R. Doc. 28 at 10-15, 20-22.

[8] See id. at 7-10.